**Opinion issued August 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00917-CV

———————————————

## ZE RUN, NEW APARTMENT (USA) BUSINESS RESORT MANAGEMENT, LTD., HARMONY GROWTH CULTURE MEDIA (US) LLC, AND QING QING LI, Appellants

### V.

## JUNSHUO XU AND CNUS LINKING LTD., Appellees

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-42834**

---

## MEMORANDUM OPINION

Appellants, Ze Run, New Apartment (USA) Business Resort Management, Ltd., Harmony Growth Culture Media (US) LLC, and Qing Qing Li, and appellees, Junshuo Xu and Cnus Linking Ltd., have filed a joint motion to reverse and render,

stating that the parties have settled and to effectuate that settlement, the parties ask this Court to reverse and render a take-nothing judgment under Rule 42.1(a)(2)(A). *See* TEX. R. APP. P. 42.1(a)(2)(A) (permitting appellate court to render judgment in accordance with settlement agreement). Because this Court lacks a copy of the settlement agreement, we construe the motion as requesting reversal and remand to the trial court.

Construing the parties' joint motion as a joint motion to reverse and remand, we grant the motion. We reverse the trial court's judgment of September 12, 2023 and remand the cause to the trial court to render judgment in accordance with the parties' settlement agreement. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.